■ In the Matter of Marisol R., Appellant, v Atai T., Respondent. [979 NYS2d 529]—Order, Family Court, Bronx County (Paul A. Goetz, J.), entered on or about April 8, 2013, which dismissed the petition for an order of protection, unanimously affirmed, without costs.

Family Court lacked jurisdiction over this matter under Family Court Act § 812. Concur—Tom, J.P., Friedman, DeGrasse, Feinman and Gische, JJ.